CLEVELAND TRENCHER COMPANY, Appellant, v. BUCKEYE TRACTION DITCHER CO., Appellee.

No. 9107.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1942.

Albert R. Teare and Bates, Teare & McBean, all of Cleveland, Ohio, for appellant.

Malcolm W. Fraser, of Toledo, Ohio, and Harness, Dickey & Pierce, of Detroit, Mich., for appellee.

Before ALLEN, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel; upon consideration whereof, the judgment, 37 F.Supp. 379, is affirmed on the grounds and for the reasons stated in the findings of fact and conclusions of law filed by the District Court.

Robert L. DUNN, Appellant, v. UNITED STATES of America, Appellee.

No. 9128.

Circuit Court of Appeals, Sixth Circuit.

Oct. 22, 1942.

John W. Hilldrop, of Nashville, Tenn., for appellant.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record and brief of appellant, oral argument having been waived; and it appearing to the court that there is no reversible error upon the record, it is ordered and adjudged that the judgment appealed from be, and the same is in all things, affirmed.